

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-24-2009

# USA v. Olhovsky

Precedential or Non-Precedential: Precedential

Docket No. 07-1642

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Olhovsky" (2009). *2009 Decisions.* Paper 1426.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1426

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES OF AMERICA

v.

NICOLAU OLHOVSKY,

Appellant

_____

On Appeal from Judgments of Conviction and Sentence
in the United States District Court
for the District of New Jersey
District Judge: Hon. Stanley R. Chesler
(Crim. No. 06-cr-00263)

_____

Argued: March 26, 2008

Before: McKEE, RENDELL, and TASHIMA
<u>Circuit Judges</u>

_____

**ORDER AMENDING OPINION**

At the direction of the Court, it is hereby ORDERED that the Opinion filed

in this case on April 16, 2009, be amended to reflect the following address for Eric H.

Jaso, Esq as follows:

Eric H. Jaso, Esq.
Office of the United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

FOR THE COURT:

/s/ Marcia M. Waldron
Marcia M. Waldron,
Clerk


Dated:        April 24, 2009